Terry L. Goddard Jr., (15460)
SKEEN & KAUFFMAN, LLP
911 North Charles Street, 2nd Floor
Baltimore, MD 21201
Telephone: (410) 625-2272
Facsimile:  (410) 625-2292
Attorney for Debtors
tgoddard@skaufflaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| In re<br>James Bee Bland III<br>Bridget Marie Bland<br><br>P.O. Box 1525<br>Solomons, MD 20688<br><br>Last four digits of Social Security Numbers<br>0922 & 6160 | Case Number: 12-28595 PM<br><br>Chapter 13<br><br>**MOTION FOR VOLUNTARY**<br>**DISMISSAL WITHOUT PREJUDICE** |

Comes now the Debtors, James Bee Bland III and Bridget Marie Bland, by and through their attorney undersigned and pursuant to 11 U.S.C. §1307(b) and Federal Rules of Bankruptcy Procedure Rules 1017(f)(1) & 9013, and hereby file their Motion for Voluntary Dismissal Without Prejudice.  In support of this motion the Debtors assert the following:

1) This case was filed as an emergency voluntary petition under Chapter 13 of the Code on October 11, 2012.

2) On October 26, 2012, this Court granted Debtors' request to extend the time to file the schedules and statements in this case to November 1, 2012.

3) In preparing for the supplemental filings in this case it has been determined that the Debtors are not eligible to file under Chapter 13 as their unsecured debt exceeds the limits detailed in 11 U.S.C. § 109(e).

1

4) In addition, it is unclear if Debtors are eligible to file under Chapter 7 and are not interested in being debtors under Chapter 11.

5) Consequently, Debtors will attempt to make arrangements with their creditors for repayment of their debts in an alternative forum as they no longer are seeking protection under the Code.

6) Debtors have filed this case in good faith and did not file to obstruct or in any other way prejudice their creditors.

**WHEREFORE**, Debtors ask this Court to dismiss their case without prejudice.

Respectfully submitted this 1st day of November, 2012.

By: /s/ Terry L. Goddard Jr.

Terry L. Goddard Jr.
911 North Charles Street, 2nd Floor
Baltimore, MD 21201
Attorney for Debtors

### MAIL CERTIFICATE

I certify that on the 1st day of November, 2012, a copy of the above was served upon the appropriate parties whose name(s) and address(es) are set forth below, by first class mail, postage prepaid, addressed to: the Chapter 13 Trustee, all persons requesting notice by CM/ECF, and the attached mailing list.

By: /s/ Terry L. Goddard Jr.